IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Michael T. Young, | ) | C/A No. 0:13-643-JFA-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| City of Chester, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The plaintiff, Michael T. Young, filed this civil action in March 2013.[1] This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) DSC. On June 18, 2014, the court issued a Fifth Amended Scheduling Order in this matter that established a dispositive motions deadline of October 11, 2014. (5th Am. Scheduling Order ¶ 7, ECF No. 32.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **October 27, 2014** and advise the court as to whether the case is ready for trial.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

October 20, 2014
Columbia, South Carolina

---

[1] The defendant removed this action from the Chester County Court of Common Pleas.